Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
CARMEN JOHN PERRI


John Coates, Esq (SBN 207175)
 555 E Pacific Coast Hwy, Ste 218
 Long Beach, CA 90806-5579
 Tel. 562-489-1780 / Fax 562-489-1785
 john.kealaw@gmail.com


Attorneys for Defendant
JAMISON 1055 WILSHIRE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>JAMISON 1055 WILSHIRE, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants | Case No.: 2:21-cv-02977-ODW-KS<br><br>Hon. Otis D. Wright, II<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: April 6, 2021<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CARMEN JOHN PERRI ("Plaintiff") and JAMISON 1055 WILSHIRE, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 15, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Carmen John Perri

DATED: July 15, 2021

By: /s/   *John Coates*
    John Coates
    Attorney for Defendants
    Jamison 1055 Wilshire, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 15, 2021        By: /s/ *Joseph R. Manning, Jr.*