JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>v.<br><br>JAMISON 1055 WILSHIRE, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case № 2:21-CV-02977-ODW (KSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

July 16, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE